IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| **v.** | \* | **CRIMINAL NO. DKC-23-141** |
| | \* | |
| **JOHN CRISCUOLO,** | \* | |
| | \* | |
| **Defendant** | \* | |
| | **\*\*\*\*\*\*\*** | |

## GOVERNMENT'S MOTION TO DISMISS INFORMATION

The United States of America, by and through its attorneys, respectfully submits this motion to dismiss the information against Defendant John Criscuolo, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Rule 48(a) permits the Government to dismiss an information "with leave of court."

On April 30, 2025, Mr. Criscuolo passed away at his home in West Orange, New Jersey. Accordingly, the Government moves to dismiss the information against Mr. Criscuolo.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:  _____/s/_____
Joseph L. Wenner
Assistant United States Attorney

It is so ORDERED, this _____ day of January 2026.

_____
Honorable Deborah K. Chasanow
United States District Judge